Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **SURINDER SINGH**,<br><br>                    Plaintiff,<br><br>   v.<br><br>**JOHN WOLF**[1], Acting Secretary, Department of Homeland Security; **GREGORY A. RICHARDSON**, Director Texas Service Center, U.S. Citizenship and Immigration Services (USCIS); **PHILLIP SLATTERY**, Director of the National Visa Center (NVC), Department of State,<br><br>                    Defendants. | NO. C20-0368-JLR<br><br>ORDER GRANTING DEFENDANTS' AGREED MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT |

Defendants John (Chad) Wolf, Acting Secretary, Department of Homeland Security; Gregory A. Richardson, Director Texas Service Center, U.S. Citizenship and

---

[1] Chad Wolf is the correct name of the Acting Secretary of the Department of Homeland Security.

ORDER C20-0368-JLR - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, Washington 98402
(253) 428-3800

1 Immigration Services (USCIS); Phillip Slattery, Director of the National Visa Center
2 (NVC), Department of State, moved to extend by 60 days the deadline for filing a
3 Response to the Plaintiff's Complaint.  Defendants' Response is currently due on July 13,
4 2020.
5      For the reasons set forth in Defendants' motion, including the agreement of
6 Plaintiff's counsel, the Court finds that good cause supports the requested 60-day
7 extension, as well as the requested stay of the deadlines set forth in the Court's Order
8 setting forth Initial Scheduling Dates (Dkt. No.4).  Accordingly, Defendants' deadline to
9 file a Response to the Complaint is extended through September 11, 2020, and all
10 scheduling deadlines are stayed.
11      It is so ordered.
12      DATED this 14th day of July, 2020.

_____
James L. Robart
United States District Judge

Presented by:

BRIAN T. MORAN
United States Attorney

/s/ Patricia D. Gugin
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Ste. 700
Phone: 253-428-3832
Fax: 253-428-3826
E-mail: pat.gugin@usdoj.gov