UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **SURINDER SINGH**,<br><br>Plaintiff,<br><br>v.<br><br>**JOHN WOLF**[1], Acting Secretary, Department of Homeland Security; **GREGORY A. RICHARDSON**, Director Texas Service Center, U.S. Citizenship and Immigration Services (USCIS); **PHILLIP SLATTERY**, Director of the National Visa Center (NVC), Department of State,<br><br>Defendants. | NO.  C20-0368-JLR<br><br>ORDER GRANTING DEFENDANTS' SECOND AGREED MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT |

Defendants John (Chad) Wolf, Acting Secretary, Department of Homeland

Security; Gregory A. Richardson, Director Texas Service Center, U.S. Citizenship and

Immigration Services (USCIS); Phillip Slattery, Director of the National Visa Center

---

[1] Chad Wolf is the correct name of the Acting Secretary of the Department of Homeland Security.

ORDER - 1

(NVC), Department of State, moved to extend by 60 days the deadline for filing a Response to the Plaintiff's Complaint.  Defendants' Response is currently due on September 11, 2020.

For the reasons set forth in Defendants' motion, including the agreement of Plaintiff's counsel, the Court finds that good cause supports the requested 60-day extension, as well as the requested stay of the deadlines set forth in the Court's Order setting forth Initial Scheduling Dates (Dkt. No.4).  Accordingly, Defendants' deadline to file a Response to the Complaint is extended through November 10, 2020, and all scheduling deadlines are stayed.

It is so ordered.

DATED this 16th day of September, 2020.

James L. Robart
United States District Judge