The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**SURINDER SINGH,**

     Plaintiff,

  v.

**JOHN WOLF,**[1] Acting Secretary, Department of Homeland Security; **GREGORY A. RICHARDSON**, Director Texas Service Center, U.S. Citizenship and Immigration Services (USCIS); **PHILLIP SLATTERY**, Director of the National Visa Center (NVC), Department of State,

     Defendants.

No. C20-0368-JLR

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE

Noted for Consideration:
**October 26, 2020**

## JOINT STIPULATION

This mandamus complaint seeks an order compelling Defendants to immediately adjudicate Plaintiff's I-130 form Petition for Alien Relative filed on behalf of his spouse. Complaint, Dkt. No. 1, ¶ 1. Defendants are adjudicating the petition. Further adjudication and efforts may render the mandamus complaint moot.

---

[1] Chad Wolf is the correct name of the Acting Secretary of the Department of Homeland Security.

JOINT STIPULATION AND ORDER
TO DISMISS - 1
(C20-0368-JLR)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Therefore, the parties HEREBY STIPULATE AND AGREE that this case be dismissed without prejudice to allow the ongoing administrative action to proceed. The parties will bear their own fees and costs.

SO STIPULATED.

Dated this 26th day of October, 2020.

BRIAN T. MORAN
United States Attorney

*/s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Ste. 700
Tacoma, WA 98402
Phone: 253-428-3832
Fax: 253-428-3826
E-mail: pat.gugin@usdoj.gov

*Attorneys for Defendants*

SO STIPULATED.

Dated this 26th day of October, 2020.

*/s/ Bart Klein*
BART KLEIN, WSBA #10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Phone. (206) 624-3787
E-mail: bart.klein@bartklein.com

*Attorney for Plaintiff*

JOINT STIPULATION AND ORDER
TO DISMISS - 2
(C20-0368-JLR)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ORDER

The parties having so stipulated, the above is SO ORDERED. Plaintiff's complaint is dismissed without prejudice, with the parties to bear their own fees and costs.

DATED this 27th day of October, 2020.

JAMES L. ROBART
United States District Judge

JOINT STIPULATION AND ORDER
TO DISMISS - 3
(C20-0368-JLR)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON 98402
(253) 428-3800